UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

KELVIN JONES,

                Plaintiff,

                                                          ORDER
        v.                                         12-CV-994(A)(M)

DIEBEL, J.; QUINN, J.; RADEMACHER, SR.;
HADSALL, R.; BONNING, D.; HAWLEY, J.,

                Defendants.

───────────────────────────────

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  Defendants filed a motion for partial summary judgment (Dkt. No. 35) on September 30, 2014.  Oral argument was held on December 17, 2014, and on December 22, 2014, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendants' motion for partial summary judgment (Dkt. No. 35) seeking dismissal of all claims against defendant Donna Bonning be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendants' motion for summary judgment dismissing all claims against defendant Donna Bonning is granted.

The case is referred back to Magistrate Judge McCarthy for further proceedings.

IT IS SO ORDERED.

_____*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   January 15, 2015